## FAITE, et. al., vs. HART AND MONROE.

THE same notice of assessment by the Court should be given as is required for assessment by the Clerk.

The assessment by the Clerk may be made as well out of term as in term, if the case is in a condition to be noticed.

*Circuit Court, Saginaw County, June 29th, 1869.*

Notice of assessment of damages by the Court, for a day in term, after the first.

The defendant objects, that the notice for this assessment should be the same as for assessment by the clerk, and that requiring a like notice as of trial, it should have been given fourteen days before, and for the first day of term. C. L., § § 4426, 4347.

*Green & Schofield,* for Plaintiff.

*H. H. Hatch,* for Defendant.

SUTHERLAND, J. — The same notice of assessment by the Court should be given as is required for assessment by the clerk —though the statute does not in terms require it, 10 *Wend,* 560.

Before notice can be given of assessment either way, to an attorney who has appeared—§ 4426 C. L.—interlocutory judgment must be rendered. C. L. § § 4423, 4437. If fourteen days notice before the term were required, a party could always obtain a delay of a term, by appearing and suffering a default, having no pretence of defence, when he could not do so by pleading. This could not have been the intention of the statute.

Held, that this case is properly noticed. The assessment by the clerk may be made as well out of term as in term, if the case is in condition to be noticed, and the notice may, and should be *for the day* on which the assessment is intended to be taken. *Green's Pr.,* 304.